<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
JOHN VEGA,                             )
Also Known as Johnny J. Vega           )
                                       )  Civil Action
          Plaintiff                    )  No.  2014-cv-03242
                                       )
          vs.                          )
                                       )
CAROLYN W. COLVIN,                     )
Acting Commissioner of                 )
Social Security,                       )
                                       )
          Defendant                    )
                                       )
SOCIAL SECURITY ADMINISTRATION         )
                                       )
          Interested Party             )
```

<u>O R D E R</u>

NOW, this 23rd day of September, 2016, upon consideration of the following documents:

    (1)  Decision of Administrative Law Judge Anne W. Chain dated December 28, 2012 and filed as Exhibit A to plaintiff's Complaint on July 31, 2014;

    (2)  Complaint, which complaint is undated and was filed July 31, 2014;

    (3)  Answer, which answer is undated and was filed October 10, 2014;

    (4)  Plaintiff's Brief and Statement of Issues in Support of Request for Review, which brief and statement of issues is undated and was filed November 13, 2014;

    (5)  Defendant's Response to Request for Review of Plaintiff, which response is undated and was filed May 13, 2014;

    (6)  Plaintiff's Reply Brief, which reply brief is undated and was filed December 12, 2014

    (7) Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated and filed May 12, 2016;

after a thorough review of the record in this matter; it appearing that neither party filed objections to Magistrate Judge Hey's Report and Recommendation; it further appearing that Magistrate Judge Hey's Report and Recommendation correctly determined the legal and factual issues presented in this case,

  <u>IT IS ORDERED</u> that Magistrate Judge Hey's Report and Recommendation is approved and adopted.

  <u>IT IS FURTHER ORDERED</u> that plaintiff's request for review is granted to the extent that the matter is remanded for further proceedings consistent with this adjudication.

  <u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of plaintiff John Vega, and against defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

  <u>IT IS FURTHER ORDERED</u> that the decision of the Commissioner dated December 28, 2012 and affirmed by the Appeals Council on April 25, 2014 which denied benefits to plaintiff John Vega is reversed.

  <u>IT IS FURTHER ORDERED</u> that pursuant to sentence four of 42 U.S.C. § 405(g) this matter is remanded to the Commissioner for further proceedings in accordance with Magistrate Judge Hey's Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge